NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONTEMPORARY DISPLAY LLC,**
*Appellant*

**v.**

**DISH NETWORK L.L.C.,**
*Appellee*

---

2021-1663

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01168.

---

## JUDGMENT

---

DAVID R. BENNETT, Direction IP Law, Chicago, IL, argued for appellant.

NATHAN K. KELLEY, Perkins Coie, LLP, Washington, DC, argued for appellee. Also represented by LORI ANN GORDON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2022              /s/ Peter R. Marksteiner
     Date                  Peter R. Marksteiner
                           Clerk of Court